## SHIPMAN v. PORTER.

No. 6649.    Opinion Filed January 25, 1916.

(154 Pac. 1185.)

**APPEAL AND ERROR—Failure to File Brief—Affirmance.** Where plaintiff in error fails to file brief under rule 7 (38 Okla. vi. 137 Pac. ix) of this court, and an examination of the record discloses that the appeal is without merit and was prosecuted for delay, the judgment appealed from may be affirmed.

(Syllabus by Mathews, C.)

*Error from District Court, Tulsa County;*
*L. M. Poe, Judge.*

Action by Vera Porter against P. E. Coyne and R. K. Shipman. Judgment for plaintiff, and defendant Shipman brings error. Affirmed.

*Biddison & Campbell,* for plaintiff in error.

*Geo. T. Brown,* for defendant in error.

Opinion by MATHEWS, C. No brief having been filed herein by the plaintiff in error, and the defendant in error having filed a motion to dismiss for that reason on November 15, 1915, and having since filed an additional motion to affirm for failure to file brief, and neither of these motions having received any response from the plaintiff in error, the court is of the opinion that the appeal was for delay only, and, under rule No. 7 of this court (38 Okla. vi, 137 Pac. ix), we recommend that the judgment be affirmed.

By the Court: It is so ordered.